IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS BURTON WATSON,

      Plaintiff,                             No. CIV S-04-2615 GEB KJM PS

      vs.

COUNTY OF SHASTA, et al.,

      Defendants.                  <u>ORDER TO SHOW CAUSE</u>

                                         /

        Plaintiff is proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983.  Plaintiff has paid the filing fee.  Plaintiff filed his complaint on December 9, 2004.  Rule 4(m) of the Federal Rules of Civil Procedure requires that service of process occur within 120 days of the filing of a complaint.  There is no indication in the court's file that plaintiff has served his complaint upon defendants.  Accordingly IT IS HEREBY ORDERED that plaintiff show cause within fifteen days of this order why this action should not be dismissed without prejudice under Rule 4(m) of the Federal Rules of Civil procedure.

DATED:  April 25, 2005.

                                                     UNITED STATES MAGISTRATE JUDGE

1 wats2615.osc