IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS BURTON WATSON,

    Plaintiff,                    No. CIV-S-04-2615 GEB KJM PS

  vs.

COUNTY OF SHASTA, et al.,

    Defendants.          ORDER

_____/

        Plaintiff is a California civil detainee proceeding with an action for violation of civil rights under 42 U.S.C. § 1983. On April 25, 2005, the court ordered plaintiff to show cause why this action should not be dismissed for plaintiff's failure to serve defendants with process within 120 days of plaintiff filing his complaint. In response to the court's order to show cause, plaintiff requests that he be granted in forma pauperis status and that the U.S. Marshal be directed to serve defendants. However, plaintiff has not submitted a completed application to proceed in forma pauperis.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court send plaintiff an application to proceed in forma pauperis; and

1

1          2. Plaintiff complete the application and file it within thirty days of this order.
Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: March 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] wats2615.ifp