IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS BURTON WATSON,

      Plaintiff,                          No. CIV. S-04-2615 GEB KJM PS

   vs.

COUNTY OF SHASTA, et al.,

      Defendants.                  FINDINGS & RECOMMENDATIONS

_____/

      By an order filed March 29, 2006, plaintiff was served with an application to proceed in forma pauperis and was ordered to complete the application and file it within thirty days. Plaintiff was cautioned that his failure to comply with the March 29th order would result in a recommendation that this action be dismissed without prejudice. The thirty day period has now expired, and plaintiff has not responded to the court's order.

      Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. As provided by Local Rule 83-182(d), service of documents at the record address of the party is fully effective.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

wats2615.fifp